IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO.:  3:18-CR-00500-JFA-2 |
| | : | |
| vs. | : | |
| | : | **ORDER TERMINATING** |
| PATRICK CLIFTON CLARK | : | **DEFENDANT'S PARTICIPATION IN** |
| | | **THE BRIDGE PROGRAM** |

On July 8, 2020, defendant was accepted as a participant in the BRIDGE Program under which program the defendant's compliance with the terms of supervision is overseen by the BRIDGE Program Team. On February 3, 2021, defendant voluntarily withdrew from the Program.

IT IS HEREBY ORDERED that defendant is terminated from further participation in the BRIDGE Program.  The Court further orders that this case shall be transferred back to the United States District Judge who was supervising defendant prior to defendant's acceptance into the BRIDGE Program.

s/J. Michelle Childs
HON. J. MICHELLE CHILDS
UNITED STATES DISTRICT JUDGE

February 3, 2021
Columbia, South Carolina